Ben F. Pierce Gore (SBN 128515)
1901 S. Bascom Avenue, Suite 350
Campbell, CA  95008
Telephone:  (408) 429-6506
Fax:  (408) 369-0752
pgore@prattattorneys.com

(Co-counsel listed on signature page)

*Attorneys for Plaintiff*

IT IS SO ORDERED
Judge Edward J. Davila

8/10/2012

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AMY MAXWELL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UNILEVER UNITED STATES, INC., UNILEVER SUPPLY CHAIN, INC. PEPSICO, INC., and PEPSI LIPTON TEA PARTNERSHIP,<br><br>Defendants. | Case No.  C 12-01736 EJD<br><br>NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT UNILEVER SUPPLY CHAIN, INC. |

NOTICE IS HEREBY GIVEN THAT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a), plaintiff voluntarily dismisses the defendant Unilever Supply Chain, Inc. only without prejudice.

Dated: August 9, 2012

Respectfully submitted,

 /s/ Ben F. Pierce Gore
Ben F. Pierce Gore (SBN 128515)
1901 S. Bascom Avenue, Suite 350
Campbell, CA  95008
Telephone:  (408) 429-6506
Fax:  (408) 369-0752
pgore@prattattorneys.com

|   |   |
|---|---|
| 1 | Jay Nelkin |
| 2 | Carol Nelkin<br>Stuart M. Nelkin |
| 3 | NELKIN & NELKIN, P.C.<br>5417 Chaucer Drive |
| 4 | Houston, Texas 77005<br>Telephone: (713) 526-4500 |
| 5 | Facsimile: (281) 825-4161<br>jnelkin@nelkinpc.com |
| 6 | cnelkin@nelkinpc.com<br>snelkin@nelkinpc.com |
| 7 | Don Barrett |
| 8 | David McMullan, Jr.<br>Brian Herrington |
| 9 | Katherine B. Riley<br>BARRETT LAW GROUP, P.A. |
| 10 | P.O. Box 927<br>404 Court Square North |
| 11 | Lexington, MS 39095<br>Telephone: (662) 834-2488 |
| 12 | Toll Free: (877) 816-4443<br>Fax: (662) 834-2628 |
| 13 | dbarrett@barrettlawgroup.com<br>donbarrettpa@yahoo.com |
| 14 | bherrington@barrettlawgroup.com<br>kbriley@barrettlawgroup.com |
| 15 | kbriphone@yahoo.com<br>dmcmullan@barrettlawgroup.com |
| 16 | Charles Barrett |
| 17 | CHARLES BARRETT, P.C.<br>6518 Hwy. 100, Suite 210 |
| 18 | Nashville, TN 37205<br>Telephone: (615) 515-3393 |
| 19 | Fax: (615) 515-3395<br>charles@cfbfirm.com |
| 20 | Richard Barrett |
| 21 | LAW OFFICES OF RICHARD R. BARRETT, PLLC<br>2086 Old Taylor Road, Suite 1011 |
| 22 | Oxford, MS 38655<br>Telephone: (662) 380-5018 |
| 23 | Fax: (866) 430-5459<br>rrb@rrblawfirm.net |
| 24 | J. Price Coleman |
| 25 | COLEMAN LAW FIRM<br>1100 Tyler Avenue, Suite 102 |
| 26 | Oxford, MS 38655<br>Telephone: (662) 236-0047 |
| 27 | Fax: (662) 513-0072<br>colemanlawfirmpa@bellsouth.net |
| 28 |   |

- 2 -
NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT UNILEVER SUPPLY CHAIN, INC.

Dewitt M. Lovelace
Alex Peet
LOVELACE LAW FIRM, P.A.
12870 U.S. Hwy 98 West, Suite 200
Miramar Beach, FL 32550
Telephone: (850) 837-6020
Fax: (850) 837-4093
dml@lovelacelaw.com

David Shelton
ATTORNEY AT LAW
1223 Jackson Avenue East, Suite 202
Oxford, MS 38655
Telephone: (662) 281-1212
Fax: (662-281-1312
david@davidsheltonpllc.com

Keith M. Fleischman
Frank Karam
Ananda N. Chaudhuri
FLEISCHMAN LAW FIRM
565 Fifth Avenue, 7th Floor
New York, New York 10017
Telephone: 212-880-9571
keith@fleischmanlawfirm.com
frank@fkaramlaw.com
achaudhuri@fleischmanlawfirm.com

Zona Jones
Darren Brown
PROVOST UMPHREY LAW FIRM LLP
490 Park Street
P.O. Box 4905
Beaumont, TX 77704
Telephone: (409) 299-5178
zjones@provostumphrey.com
dbrown@provostumphrey.com

*Attorneys for Plaintiff*

NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT UNILEVER SUPPLY CHAIN, INC.