UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AMY MAXWELL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UNILEVER UNITED STATES, INC., et al.,<br><br>Defendants. | Case No.   5:12-cv-01736-EJD<br><br>**ORDER TO SHOW CAUSE** |

Because several of Plaintiff's claims challenge Defendant's use of the term "natural" on its products, the court intends to stay this action consistent with the Ninth Circuit's opinion filed in Kane v. Chobani, LLC, No. 14-15670, 2016 U.S. App. LEXIS 5517 (9th Cir. Mar. 24, 2016).

Accordingly, the court hereby issues an order to show cause why this action should not be stayed under the primary jurisdiction doctrine until such time as the U.S. Food and Drug Administration completes its proceedings regarding use of the term "natural" in food labeling. If the parties do not, by **April 6, 2016**, demonstrate good cause in writing why this case should not be so stayed, the court will enter such an order. No hearing will be held on the order to show cause unless otherwise ordered by the court.

The pending motions (Dkt. No. 87, 89, 100) are TERMINATED in light of the OSC.

**IT IS SO ORDERED.**

Dated:  March 30, 2016

EDWARD J. DAVILA
United States District Judge