WILLIAM L. STERN (CA SBN 96105)
WStern@mofo.com
CLAUDIA M. VETESI (CA SBN 233485)
CVetesi@mofo.com
LUCIA X. ROIBAL (CA SBN 306721)
LRoibal@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendants
UNILEVER UNITED STATES, INC.
and PEPSI/LIPTON TEA PARTNERSHIP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AMY MAXWELL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UNILEVER UNITED STATES, INC. and PEPSI LIPTON TEA PARTNERSHIP,<br><br>Defendants. | Case No. C12-01736-EJD<br><br>**CLASS ACTION**<br><br>**JOINT STATUS REPORT**<br><br>Judge: Hon. Edward J. Davila<br>Action Filed: April 6, 2012 |

1    Amy Maxwell ("Plaintiff") and defendants Unilever United States, Inc., the Pepsi/Lipton
2    Tea Partnership, and PepsiCo, Inc.[1] ("Defendants") submit this Joint Status Report in response to
3    this Court's Order of December 8, 2017 (Dkt. 122), staying the action with respect to Plaintiff's
4    claims against Lipton tea products manufactured and distributed by the Pepsi Lipton Tea
5    Partnership pending completion of FDA proceedings regarding use of the term "natural" in food
6    labeling.  The Court's December 8, 2017 Order requested an update on the relevant proceedings
7    before the U.S. Food and Drug Administration ("FDA").

8    As of April 5, 2018, FDA has not yet formally issued any guidance on the use of
9    "natural."  On March 29, 2018, FDA Commissioner Scott Gottlieb addressed the comments
10   regarding the use of "natural" in his announcement of the FDA's Nutrition Innovation Strategy.
11   (Reducing the Burden of Chronic Disease, Remarks by Scott Gottlieb, M.D., Commissioner of
12   Food and Drugs National Food Policy Conference (last updated March 29, 2018), *available at*
13   https://www.fda.gov/NewsEvents/Speeches/ucm603057.htm .)  Commissioner Gottlieb noted
14   "[m]ore than 7,600 comment came in, and we've reviewed them." (*Id.*)  Commissioner Gottlieb
15   also noted that FDA recognized the "wide differences in beliefs regarding what criteria should
16   apply for products termed 'natural'" and that FDA would have "more to say on the issue soon."
17   (*Id.*)

18   The parties have met and conferred and agree that it would be appropriate to continue the
19   stay in this case until FDA has formally issued guidance on the use of "natural."  As per the
20   Court's December 8, 2017 Order, the parties will file a joint status report on August 6, 2018,
21   unless FDA issues formal guidance before that date.

---

[1] This Court dismissed the claims against Defendant PepsiCo, Inc.'s carbonated soft drinks on March 29, 2018. (Dkt. 133.)  PepsiCo, Inc. joins with the other Defendants in this report to the extent Plaintiff asserts claims against PepsiCo, Inc. based on its alleged involvement with the products of the Pepsi/Lipton Tea Partnership.  (*See*, *e.g.*, TAC ¶¶ 27–29.)

| | | |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | Dated:  April 6, 2018 | BEN F. PIERCE GORE |
| 4 | | PRATT & ASSOCIATES |
| 5 | | By:  /s/ *Ben F. Pierce Gore* |
| 6 | | Ben F. Pierce Gore |
| 7 | | Attorneys for Plaintiff<br>AMY MAXWELL |
| 11 | Dated:  April 6, 2018 | WILLIAM L. STERN<br>CLAUDIA M. VETESI<br>LUCIA X. ROIBAL<br>MORRISON & FOERSTER LLP |
| 14 | | By:  /s/ *Claudia M. Vetesi* |
| 15 | | Claudia M. Vetesi |
| 16 | | Attorneys for Defendants<br>UNILEVER UNITED STATES, INC.<br>and PEPSI/LIPTON TEA<br>PARTNERSHIP |
| 19 | Dated:  April 6, 2018 | DANIEL W. NELSON<br>TIMOTHY W. LOOSE<br>GIBSON, DUNN & CRUTCHER LLP |
| 22 | | By:  /s/ *Timothy W. Loose* |
| 23 | | Timothy W. Loose |
| 24 | | Attorneys for Defendant<br>PEPSICO, INC. |

**ECF ATTESTATION**

I, Claudia M. Vetesi, am the ECF User whose ID and password are being used to file the following: **JOINT STATUS REPORT**. In compliance with General Order 45, X.B., I hereby attest that Timothy Loose and Ben F. Pierce Gore have concurred in this filing.

Dated: April 6, 2018

WILLIAM L. STERN
CLAUDIA M. VETESI
MORRISON & FOERSTER LLP

By: /s/ *Claudia M. Vetesi*
       CLAUDIA M. VETESI