PRATT & ASSOCIATES
Ben F. Pierce Gore (SBN 128515)
1871 The Alameda, Suite 425
**San Jose, CA  95126**
Telephone:  (408) 429-6506
Facsimile:   (408) 369-0752
*pgore@prattattorneys.com*

J. Price Coleman
Coleman Law Firm
1100 Tyler Avenue, Suite 102
Oxford, MS  38655
Telephone: (662) 236-0047
Facsimile: (662) 513-0072
colemanlawfirmpa@bellsouth.net

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AMY MAXWELL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UNILEVER UNITED STATES, INC., PEPSICO, INC., AND PEPSI LIPTON TEA PARTNERSHIP,<br><br>Defendants. | Case No.  CV-12-01736-EJD<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR ENTRY OF FINAL JUDGMENT ON ALL CLAIMS AGAINST DEFENDANT PEPSICO, INC. PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 54(b)**<br><br>Judge:  Hon. Edward J. Davila |

ORDER ON MOTION FOR FINAL DISMISSAL PURSUANT TO RULE 54(b)
CASE NO. 12-01736-EJD

**THIS CAUSE** came on to be heard upon the motion of Plaintiff pursuant to Federal Rule of Civil Procedure 54(b) for entry of a final judgment of dismissal in favor of Defendant Pepsico, Inc.

Upon consideration of Plaintiff's motion and supporting memorandum, the response of Defendant Pepsico, the arguments of counsel, and the entire record of this case, it appears to the Court that Plaintiff's motion for entry of final judgment of dismissal in favor of Defendant Pepsico, Inc. is well-taken and should be granted.

**IT IS, THEREFORE, HEREBY ORDERED AND ADJUDGED,** that Plaintiff's motion is **GRANTED** and the Court shall enter a judgment of final dismissal in favor of Defendant Pepsico, Inc.

This the _____ day of _____, 2018.

_____
Honorable Edward J. Davila
United States District Court Judge