1  CLAUDIA M. VETESI (CA SBN 233485)
   CVetesi@mofo.com
2  MORRISON & FOERSTER LLP
   425 Market Street
3  San Francisco, California 94105-2482
   Telephone: 415.268.7000
4  Facsimile: 415.268.7522

5  Attorney for Defendants
   UNILEVER UNITED STATES, INC.
6  and PEPSI/LIPTON TEA PARTNERSHIP

7

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10                 SAN JOSE DIVISION

11

12 | AMY MAXWELL, individually and on behalf | Case No. 5:12-cv-01736-EJD
   | of all others similarly situated, |
13 | | **CLASS ACTION**
   | Plaintiff, |
14 | | **JOINT STATUS REPORT**
   | v. |
15 |
   | UNILEVER UNITED STATES, INC. and | Judge:        Hon. Edward J. Davila
16 | PEPSI LIPTON TEA PARTNERSHIP, | Action Filed:  April 6, 2012
17 |
   |                    Defendants. |
18 |

19

20

21

22

23

24

25

26

27

28

Amy Maxwell ("Plaintiff") and defendants Unilever United States, Inc., the Pepsi/Lipton Tea Partnership, and PepsiCo, Inc.[1] ("Defendants") submit this Joint Status Report in response to this Court's Order of December 8, 2017 (Dkt. 122), staying the action with respect to Plaintiff's claims against Lipton tea products manufactured and distributed by the Pepsi Lipton Tea Partnership pending completion of FDA proceedings regarding use of the term "natural" in food labeling.  The Court's December 8, 2017 Order requested an update on the relevant proceedings before the U.S. Food and Drug Administration ("FDA").

Since the parties' January 16, 2025 Joint Status Report (Dkt. 169), FDA has not yet formally issued any guidance on the use of "natural."  The parties have met and conferred and agree that it would be appropriate to continue the stay pending FDA's issuance of formal guidance on the use of "natural."  As per the Court's December 8, 2017 Order, the parties will file a joint status report on September 16, 2025 unless FDA issues formal guidance before that date.

---

[1] This Court dismissed the claims against Defendant PepsiCo, Inc.'s carbonated soft drinks on March 29, 2018.  (Dkt. 133.)  On July 30, 2018, the Court denied Plaintiff's motion for entry of final judgment on the Pepsi carbonated soft drink claims while confirming that dismissal of those claims had been made with prejudice.  (Dkt. 142.)

1

2

Dated:  May 16, 2025

BEN F. PIERCE GORE
PRATT & ASSOCIATES

3

By:   */s/ Ben F. Pierce Gore (with permission)*
        Ben F. Pierce Gore

4

5

Attorneys for Plaintiff
AMY MAXWELL

6

7

8

9

Dated:  May 16, 2025

CLAUDIA M. VETESI
MORRISON & FOERSTER LLP

10

11

By:   */s/ Claudia M. Vetesi*
        Claudia M. Vetesi

12

13

14

Attorneys for Defendants
UNILEVER UNITED STATES, INC.
and PEPSI/LIPTON TEA
PARTNERSHIP

15

16

17

Dated:  May 16, 2025

DANIEL W. NELSON
TIMOTHY W. LOOSE
GIBSON, DUNN & CRUTCHER LLP

18

19

20

By:   */s/ Timothy W. Loose (with permission)*
        Timothy W. Loose

21

Attorneys for Defendant
PEPSICO, INC.

22

23

24

25

26

27

28

**ECF ATTESTATION**

I, Claudia M. Vetesi, am the ECF User whose ID and password are being used to file this document.  In compliance with Civil Local Rule 5-1(h)(3), concurrence in the filing of this document has been obtained from each of the other signatories.


Dated: May 16, 2025                              */s/ Claudia M. Vetesi*
                                                   CLAUDIA M. VETESI